AO 91 (Rev 8/01) Criminal Complaint

**United States District Court**
**Southern District of Texas**
FILED

SEP -7 2019

David J. Bradley, Clerk

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Joaquin Torres-Rocha

AKA:

IAE  YOB: 1982
Mexico

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: M-19-2154-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 6, 2019** in **Starr** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Garciasville, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Joaquin Torres-Rocha was encountered by Border Patrol Agents near Garciasville, Texas on September 6, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on September 6, 2019, near Rio Grande City, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on March 7, 2019 through Laredo, Texas. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On November 14, 2018, the defendant was convicted of DWI with a Child under 15 Years of Age and sentenced to six (6) months confinement.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on September 7, 2019.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:

September 7, 2019    3:48 p.m.

Peter E. Ormsby , U.S. Magistrate Judge
Name and Title of Judicial Officer

/S/ Kellen Meador
Signature of Complainant

Kellen Meador    Border Patrol Agent

*Peter E Ormsby* (signature)
Signature of Judicial Officer